IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FARIDA B. RAHMAN, | : | No. 3:23cv687 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| RICHARD M. HUGHES, | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this ___29th___ day of November 2023, it is hereby **ORDERED** as follows:

1) Plaintiff's objections to Magistrate Judge Saporito's Report and Recommendation (Doc. 7) are **OVERRULED**;

2) Magistrate Judge Saporito's Report and Recommendation (Doc. 4) is **ADOPTED**;

3) The plaintiff's complaint is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

4) The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court